IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLETA MITCHELL<br>  c/o JPRowley Law PLLC<br>  1701 Pennsylvania Avenue, N.W.<br>  Suite 200<br>  Washington, D.C.  20006<br><br>        *Plaintiff,*<br>    v.<br><br>UNITED STATES HOUSE OF REPRESENTATIVES<br>SELECT COMMITTEE TO INVESTIGATE<br>THE JANUARY 6TH ATTACK ON THE<br>UNITED STATES CAPITOL<br>Longworth House Office Building<br>Washington, D.C.  20515<br><br>BENNIE G. THOMPSON, in his official capacity as<br>Chairman of the House Select Committee to<br>Investigate the January 6th Attack<br>on the United States Capitol,<br>Longworth House Office Building<br>Washington, D.C.  20515<br><br>        Defendants. | Civil Action No. _____ |

## REQUEST FOR SUMMONS TO ISSUE

Counsel for Plaintiff respectfully requests issuance of the Summons filed herewith to the named Defendants, as well as to the United States Attorney General and the United States Attorney for the District of Columbia.

February 1, 2022                  Respectfully submitted,

                                                    */s/  John P. Rowley III*
                                                    John P. Rowley III

JPROWLEY LAW PLLC
DC Bar No. 392629
1701 Pennsylvania Avenue, NW, Suite 200
Washington DC 20006
john.rowley@jprowleylaw.com
Telephone: 202 525 6674

*Counsel for Plaintiff Cleta Mitchell*