AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| CLETA MITCHELL ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-cv-00250 |
| SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Cleta Mitchell                                                                               .

Date:   02/03/2022                                                       /s/ John S. Irving, IV
                                                                                    *Attorney's signature*

                                                                    John S. Irving, IV (460068)
                                                                    *Printed name and bar number*

                                                                    Earth & Water Law, LLC
                                                                    1455 Pennsylvania Ave., NW, Suite 400,
                                                                    Washington, D.C. 20004
                                                                    *Address*

                                                                    john.irving@earthandwatergroup.com
                                                                    *E-mail address*

                                                                    (301) 807-5670
                                                                    *Telephone number*

                                                                    *FAX number*