CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

CLETA MITCHELL
    Plaintiff(s)

Civil Action No. 1:22-cv-250-CJN

vs.

U.S. HOUSE OF REPRESENTATIVES SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE U.S. CAPITOL, et al.
    Defendant(s)

## AFFIDAVIT OF MAILING

I, John P. Rowley III, hereby state that:

On the 28th day of April, 2022, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

> Honorable Bennie G. Thompson
> Chairman of the Committee
> c/o Douglas N. Letter, Esquire
> United States House of Representatives
> Office of General Counsel
> 5140 O'Neill House Office Building
> Washington, D.C. 20515

I have received the receipt for the certified mail, No. 7021 0950 0002 0299 7601 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 2nd day of May, _____.

I declare under penalty of perjury that the foregoing is true and correct.

May 4, 2022
(Date)

_John P. Rowley_
(Signature)



# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70210950000202997601

Remove ✕

Your item was delivered to an individual at the address at 11:06 am on May 2, 2022 in WASHINGTON, DC 20515.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Left with Individual

May 2, 2022 at 11:06 am
WASHINGTON, DC 20515

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

May 2, 2022, 11:06 am
Delivered, Left with Individual
WASHINGTON, DC 20515
Your item was delivered to an individual at the address at 11:06 am on May 2, 2022 in WASHINGTON, DC 20515.

May 2, 2022, 9:41 am
Arrived at Post Office
WASHINGTON, DC 20018

Feedback

May 1, 2022
In Transit to Next Facility

April 28, 2022, 6:25 pm
Arrived at USPS Regional Origin Facility
MERRIFIELD VA DISTRIBUTION CENTER

April 28, 2022, 2:27 pm
Departed Post Office
SPRINGFIELD, VA 22152

April 28, 2022, 10:35 am
USPS in possession of item
SPRINGFIELD, VA 22152

USPS Tracking Plus®                                              ∨

Product Information                                              ∨

Feedback

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**