CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

CLETA MITCHELL
    Plaintiff(s)

Civil Action No. 1:22-cv-250-CJN

vs.

U.S. HOUSE OF REPRESENTATIVES SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE U.S. CAPITOL, et al.
    Defendant(s)

## AFFIDAVIT OF MAILING

I, __John P. Rowley III__, hereby state that:

On the __28th__ day of __April__, __2022__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

> U.S. HOUSE OF REPRESENTATIVES SELECT COMMITTEE TO INVESTIGATE
> THE JANUARY 6TH ATTACK ON THE U.S. CAPITOL
> c/o Douglas N. Letter, Esquire
> United States House of Representatives
> Office of General Counsel
> 5140 O'Neill House Office Building
> Washington, D.C. 20515

I have received the receipt for the certified mail, No. __7021 0950 0002 0299 7588__ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __2nd__ day of __May__, _____.

I declare under penalty of perjury that the foregoing is true and correct.

May 4, 2022
(Date)

_(Signature)_



# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70210950000202997588

Remove ✕

Your item was delivered to an individual at the address at 11:06 am on May 2, 2022 in WASHINGTON, DC 20515.

USPS Tracking Plus® Available ∨

## ✓ Delivered, Left with Individual

May 2, 2022 at 11:06 am
WASHINGTON, DC 20515

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∧

May 2, 2022, 11:06 am
Delivered, Left with Individual
WASHINGTON, DC 20515
Your item was delivered to an individual at the address at 11:06 am on May 2, 2022 in WASHINGTON, DC 20515.

May 2, 2022, 9:41 am
Arrived at Post Office
WASHINGTON, DC 20018

May 1, 2022
In Transit to Next Facility

April 28, 2022, 6:25 pm
Arrived at USPS Regional Origin Facility
MERRIFIELD VA DISTRIBUTION CENTER

April 28, 2022, 2:27 pm
Departed Post Office
SPRINGFIELD, VA 22152

April 28, 2022, 10:32 am
USPS in possession of item
SPRINGFIELD, VA 22152

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback