IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLETA MITCHELL,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. HOUSE SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL, et al.,<br><br>*Defendants*. | No. 1:22-CV-00250-CJN |

**CONSENT MOTION TO EXTEND TIME
FOR DEFENDANTS TO RESPOND**

Pursuant to Local Rule 7 and the Court's Standing Order for Civil Cases (ECF 7), Defendants, the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol and the Honorable Bennie G. Thompson, respectfully move for an extension of time to respond to Plaintiff's Complaint.

Plaintiff Cleta Mitchell filed her Complaint (ECF 1) on February 1, 2022. Pursuant to Federal Rule of Civil Procedure 12(a)(3), the response to Plaintiff's Complaint is due on July 2, 2022, 60 days after service of the summons and complaint on the U.S. Attorney. *See* ECF 9; *see also* Fed. R. Civ. P. 12(a)(3). Defendants now seek a 30-day extension, until August 1, 2022.

The Defendants, all Members of Congress, are actively engaged in studying the various alternatives in this and other related litigation. In addition, the Select Committee's investigation uncovers new information almost daily, which requires continual adjustments and alterations in its plans and strategic approach. Finally, given the information obtained via the Select Committee's hearings and the parallel criminal proceedings, additional time is required to

evaluate and consider Defendants' strategic approach.  There are no existing deadlines that will be affected by the granting of this motion.

Pursuant to Local Rule 7(m), undersigned counsel for the Defendants conferred with Plaintiff's counsel about the proposed extension of time, and Plaintiff consents to a 30-day extension.

                                        Respectfully submitted,

/s/ *Douglas N. Letter*
Douglas N. Letter (D.C. Bar No. 253492)
*General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
Eric R. Columbus (D.C. Bar No. 487736)
Stacie M. Fahsel (D.C. Bar. No. 1034314)
Michelle S. Kallen (D.C. Bar No. 1030497)
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov

*Counsel for Defendants*

June 26, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2022, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

*/s/ Douglas N. Letter*
Douglas N. Letter