# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLETA MITCHELL,<br><br>                    *Plaintiff*,<br><br>    v.<br><br>U.S. HOUSE SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL, et al.,<br><br>                   *Defendants*. | No. 1:22-CV-00250-CJN |

## [PROPOSED] ORDER GRANTING DEFENDANTS' CONSENT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND

It is ORDERED that the consent motion of Defendants, the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol and the Honorable Bennie G. Thompson, for a 30-day extension to respond to Plaintiff's Complaint is GRANTED.

Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint is extended to August 1, 2022.

It is so ORDERED.

Dated: _____                                          _____
                                                                    Judge Carl J. Nichols
                                                                    U.S. DISTRICT COURT JUDGE