# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CLETA MITCHELL,

        *Plaintiff*,

    v.

U.S. HOUSE SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL, et al.,

        *Defendants*.

No. 1:22-CV-00250-CJN

## SECOND CONSENT MOTION TO EXTEND TIME
## FOR DEFENDANTS TO RESPOND

Pursuant to Local Rule 7 and the Court's Standing Order for Civil Cases (ECF 7), Defendants, the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol and the Honorable Bennie G. Thompson, respectfully move for a second extension of time to respond to Plaintiff's Complaint.

Plaintiff Cleta Mitchell filed her Complaint (ECF 1) on February 1, 2022. Pursuant to Federal Rule of Civil Procedure 12(a)(3), the response to Plaintiff's Complaint was originally due on July 2, 2022, 60 days after service of the summons and complaint on the U.S. Attorney. *See* ECF 9; *see also* Fed. R. Civ. P. 12(a)(3). On June 26, 2022, Defendants sought a 30-day extension of the deadline to respond to the Complaint (ECF 13), which was granted by the Court. *See* Minute Order, June 30, 2022 (setting new date for responsive pleading of August 1, 2022). Defendants now seek an additional 30-day extension, until September 5, 2022.

The Defendants, all Members of Congress, continue to be actively engaged in studying the various alternatives in this and other related litigation. In addition, given the information obtained via the Select Committee's hearings and the parallel criminal proceedings, additional time is required to evaluate and consider Defendants' strategic approach. There are no existing deadlines that will be affected by the granting of this motion.

Pursuant to Local Rule 7(m), undersigned counsel for the Defendants conferred with Plaintiff's counsel about the proposed extension of time, and Plaintiff consents to a 30-day extension.

    Respectfully submitted,

    /s/ *Douglas N. Letter*
    Douglas N. Letter (D.C. Bar No. 253492)
    *General Counsel*
    Todd B. Tatelman (VA Bar No. 66008)
    Eric R. Columbus (D.C. Bar No. 487736)
    Stacie M. Fahsel (D.C. Bar. No. 1034314)
    Michelle S. Kallen (D.C. Bar No. 1030497)
    OFFICE OF GENERAL COUNSEL
    U.S. HOUSE OF REPRESENTATIVES
    5140 O'Neill House Office Building
    Washington, D.C. 20515
    (202) 225-9700
    Douglas.Letter@mail.house.gov

    *Counsel for Defendants*

July 27, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2022, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

*/s/ Douglas N. Letter*
Douglas N. Letter