IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLETA MITCHELL,<br><br>    *Plaintiff*,<br><br> v.<br><br>U.S. HOUSE SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL, et al.,<br><br>    *Defendants*. | No. 1:22-CV-00250-CJN |

**THIRD CONSENT MOTION TO EXTEND TIME
FOR DEFENDANTS TO RESPOND**

Pursuant to Local Rule 7 and the Court's Standing Order for Civil Cases (ECF 7), Defendants, the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol and the Honorable Bennie G. Thompson, respectfully move for a third extension of time to respond to Plaintiff's Complaint.

Plaintiff Cleta Mitchell filed her Complaint (ECF 1) on February 1, 2022. Pursuant to Federal Rule of Civil Procedure 12(a)(3), the response to Plaintiff's Complaint was originally due on July 2, 2022, 60 days after service of the summons and complaint on the U.S. Attorney. *See* ECF 9; *see also* Fed. R. Civ. P. 12(a)(3). On June 26, 2022, Defendants sought a 30-day extension of the deadline to respond to the Complaint (ECF 13), which was granted by the Court. *See* Minute Order, June 30, 2022 (setting new date for responsive pleading of August 1, 2022). On July 27, 2022, Defendants sought a 30-day extension of the deadline to respond to the Complaint (ECF 14), which was also granted by the Court. *See* Minute Order, Aug. 3, 2022

(setting new date for responsive pleading of September 5, 2022). Defendants now seek an additional 14-day extension, until September 19, 2022.

Defendants require additional time to evaluate and consider their strategic approach in light of the Select Committee's continued investigation. There are no existing deadlines that will be affected by the granting of this motion.

Pursuant to Local Rule 7(m), counsel for the Defendants conferred with Plaintiff's counsel about the proposed extension of time, and Plaintiff consents to a 14-day extension.

Respectfully submitted,

/s/ *Douglas N. Letter*
Douglas N. Letter (D.C. Bar No. 253492)
*General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
Eric R. Columbus (D.C. Bar No. 487736)
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov

*Counsel for Defendants*

September 1, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2022, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

*/s/ Douglas N. Letter*
Douglas N. Letter
