# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CLETA MITCHELL,

            *Plaintiff*,

    v.

U.S. HOUSE SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL, et al.,

            *Defendants*.

No. 1:22-CV-00250-CJN

## FOURTH CONSENT MOTION TO EXTEND TIME
## FOR DEFENDANTS TO RESPOND

Pursuant to Local Rule 7 and the Court's Standing Order for Civil Cases (ECF No. 7), Defendants, the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol and the Honorable Bennie G. Thompson, respectfully move for a fourth extension of time to respond to Plaintiff's Complaint.

Plaintiff Cleta Mitchell filed her Complaint (ECF No. 1) on February 1, 2022.  Pursuant to Federal Rule of Civil Procedure 12(a)(3), the response to Plaintiff's Complaint was originally due on July 2, 2022, 60 days after service of the summons and complaint on the U.S. Attorney.  *See* ECF No. 9; *see also* Fed. R. Civ. P. 12(a)(3).  On June 26, 2022, Defendants sought a 30-day extension of the deadline to respond to the Complaint (ECF No. 13), which was granted by the Court.  *See* Minute Order, June 30, 2022 (setting new date for responsive pleading of August 1, 2022).  On July 27, 2022, Defendants sought a 30-day extension of the deadline to respond to the Complaint (ECF No. 14), which was granted by the Court.  *See* Minute Order, Aug. 3, 2022

(setting new date for responsive pleading of September 5, 2022). On September 1, 2022, Defendants sought a 14-day extension of time to respond (ECF No. 15), which was granted by the Court. *See* Minute Order, Sept. 2, 2022 (seeing new date for responsive pleading of September 19, 2022). Defendants now seek an additional 45-day extension, until November 3, 2022. Due to ongoing and extensive discussions related to this and other litigation currently underway, Defendants were unable to comply with the four-day requirement set out in the Court's Standing Order.

Defendants require additional time to evaluate and consider their strategic approach in light of the Select Committee's continued investigation. There are no existing deadlines that will be affected by the granting of this motion.

Pursuant to Local Rule 7(m), counsel for the Defendants conferred with Plaintiff's counsel about the proposed extension of time, and Plaintiff consents to a 45-day extension.

    Respectfully submitted,

    /s/ *Douglas N. Letter*
    Douglas N. Letter (D.C. Bar No. 253492)
    *General Counsel*
    Todd B. Tatelman (VA Bar No. 66008)
    Eric R. Columbus (D.C. Bar No. 487736)
    OFFICE OF GENERAL COUNSEL
    U.S. HOUSE OF REPRESENTATIVES
    5140 O'Neill House Office Building
    Washington, D.C. 20515
    (202) 225-9700
    Douglas.Letter@mail.house.gov

    *Counsel for Defendants*

September 16, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2022, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

*/s/ Douglas N. Letter*
Douglas N. Letter
