IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLETA MITCHELL,<br><br>        *Plaintiff*,<br><br>  v.<br><br>U.S. HOUSE SELECT COMMITTEE TO INVESTIGATE THE JANUARY 6TH ATTACK ON THE UNITED STATES CAPITOL, et al.,<br><br>        *Defendants*. | No. 1:22-CV-00250-CJN |

**FIFTH CONSENT MOTION TO EXTEND TIME
FOR DEFENDANTS TO RESPOND**

Pursuant to Local Rule 7 and the Court's Standing Order for Civil Cases (ECF No. 7), Defendants, the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol and the Honorable Bennie G. Thompson, respectfully move for a fifth extension of time to respond to Plaintiff's Complaint.

Plaintiff Cleta Mitchell filed her Complaint (ECF No. 1) on February 1, 2022.  Pursuant to Federal Rule of Civil Procedure 12(a)(3), the response to Plaintiff's Complaint was originally due on July 2, 2022, 60 days after service of the summons and complaint on the U.S. Attorney. *See* ECF No. 9; *see also* Fed. R. Civ. P. 12(a)(3).  On June 26, 2022, Defendants sought a 30-day extension of the deadline to respond to the Complaint (ECF No. 13), which was granted by the Court.  *See* Minute Order, June 30, 2022 (setting new date for responsive pleading of August 1, 2022).  On July 27, 2022, Defendants sought a 30-day extension of the deadline to respond to the Complaint (ECF No. 14), which was granted by the Court.  *See* Minute Order, Aug. 3, 2022 (setting new date for responsive pleading of September 5, 2022).  On September 1, 2022,

Defendants sought a 14-day extension of time to respond (ECF No. 15), which was granted by the Court. *See* Minute Order, Sept. 2, 2022 (setting new date for responsive pleading of September 19, 2022). On September 16, 2022, Defendants sought a 45-day extension of time to respond (ECF No. 16), which was also granted by the Court. *See* Minute Order, Sept. 19, 2022 (setting new date for responsive pleading of November 3, 2022). Defendants now seek an additional 30-day extension, until December 5, 2022.[1] Due to ongoing and extensive discussions related to this and other litigation currently underway, Defendants were unable to comply with the four-day requirement set out in the Court's Standing Order.

Defendants require additional time to evaluate and consider their strategic approach in light of the Select Committee's continued investigation. There are no existing deadlines that will be affected by the granting of this motion.

Pursuant to Local Rule 7(m), counsel for the Defendants conferred with Plaintiff's counsel about the proposed extension of time, and Plaintiff consents to a 30-day extension.

                          Respectfully submitted,

                          /s/ *Douglas N. Letter*
Douglas N. Letter (D.C. Bar No. 253492)
*General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
Eric R. Columbus (D.C. Bar No. 487736)
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov

November 1, 2022                        *Counsel for Defendants*

---

[1] Because the last day of the 30-day period would fall on December 3, a Saturday, the Congressional Defendants' response will be due on December 5, 2022. *See* Fed. R. Civ. P. 6(a)(2)(C).

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2022, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

/s/ Douglas N. Letter
Douglas N. Letter