IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLETA MITCHELL**         ) <br> ) <br> *Plaintiff,*            ) <br> ) <br> v.                              ) <br> ) <br> **U.S. HOUSE OF REPRESENTATIVES** ) <br> **SELECT COMMITTEE TO INVESTIGATE** ) <br> **THE JANUARY 6TH ATTACK ON THE** ) <br> **UNITED STATES CAPITOL, et al.** ) <br> ) <br> **Defendants.**            ) <br> ) | Civil Action 1:22-cv-00250-CJN |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), and due to the withdrawal by the Chairman of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol of the subpoena issued to AT&T for cellular records associated with Plaintiff's telephone number and account, the parties hereby agree and stipulate to a voluntary dismissal of this action without prejudice. The parties further agree and stipulate that they each will bear their own costs and legal fees incurred in this case.

December 12, 2022         Respectfully submitted,

                                        JPROWLEY LAW PLLC

                                        By:   */s/ John P. Rowley III*
                                               John P. Rowley III (DC Bar No. 392629)
                                               1701 Pennsylvania Avenue, NW, Suite 200
                                               Washington DC 20006
                                               john.rowley@jprowleylaw.com
                                               Telephone: 202 525 6674

        E&W LAW, LLC

By:   */s/ John S. Irving*
    John S. Irving (D.C. Bar No. 460068)
    1455 Pennsylvania Avenue, N.W., Suite 400
    Washington, D.C. 20004
    Telephone: (301) 807-5670
    Email: john.irving@earthandwatergroup.com

*Counsel for Plaintiff Cleta Mitchell*


OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES

By:   */s/ Douglas N. Letter*
    Douglas N. Letter (D.C. Bar No. 253492)
    *General Counsel*
    Todd B. Tatelman (VA Bar No. 66008)
    Eric R. Columbus (D.C. Bar No. 487736)
    5140 O'Neill House Office Building
    Washington, D.C. 20515
    (202) 225-9700
    Douglas.Letter@mail.house.gov

*Counsel for Defendants*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of December 2022 a copy of the foregoing Motion was served via the Court's CM/ECF system on all properly registered parties and counsel.

          /s/ John P. Rowley III
          John P. Rowley III (D.C. Bar No. 392629)